IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. |
| v. | |
| ANGEL FLORES | 3-25CR-271-K |

## INFORMATION

The United States Attorney charges:

Count One
Conspiracy to Possess with Intent to Distribute Schedule I and II Controlled Substances
[Violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)]

Beginning in and about June 2024, and continuing through on or about May 21, 2025, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Angel Flores**, and others known and unknown, knowingly and intentionally combined, conspired, confederated and agreed to commit the following offense against the United States: to possess with the intent to distribute one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and five hundred grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

All in violation of 21 U.S.C. § 846.

Information - Page 1

<u>Count Two</u>
Assaulting, Resisting, and Impeding a Federal Officer
[Violation of 18 U.S.C. §§ 111(a)(1) and (b), 1114, and 2]

On or about May 19, 2025, in the Dallas Division of the Northern District of Texas, the defendant, **Angel Flores**, did aid and abet the forcible assaulting, resisting, opposing, impeding, intimidating, and interfering with an officer and employee of the United States or any agency in any branch of the United States Government, namely, T.M., a person then employed as a Task Force Officer with the Federal Bureau of Investigation, while said officer and employee was engaged in the performance of his official duties, with a deadly or dangerous weapon.

In violation of 18 U.S.C. §§ 111(a)(1) and (b), 1114, and 2.

<u>Forfeiture Notice</u>
[21 U.S.C. § 853(a)]

Pursuant to 21 U.S.C. § 853(a), upon conviction for the offense charged in Count One of this information, the defendant, **Angel Flores**, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

Respectfully submitted,

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

_____
COURTNEY L. COKER
Assistant United States Attorney
Texas State Bar No. 24062335
1100 Commerce St., Third Floor
Dallas, Texas 75242
Telephone: 214-659-8600
Facsimile: 214-659-8803
E-mail: Courtney.L.Coker@usdoj.gov

Information - Page 3